Case 1:12-cv-00388-RC   Document 142   Filed 09/24/14   Page 1 of 1 PageID #: 1598

\*\* NOT PRINTED FOR PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| SHAWN ALLEN HAMILTON, et al., | § | |
|---|---|---|
| *Plaintiffs,* | § § § | CIVIL ACTION No. 1-12-CV-388 |
| v. | § § | JUDGE RON CLARK |
| A&L INDUSTRIAL SERVICES, INC., et al., | § § | |
| *Defendants.* | § | |

## ORDER ADMINISTRATIVELY CLOSING CASE

Pursuant to this court's Orders [Doc. ## 140, 141], all of the claims against each Defendant have been severed into new cases and all Plaintiffs have been transferred to the new cases. No parties remain in the lead case. IT IS THEREFORE ORDERED that this case is ADMINISTRATIVELY CLOSED. IT IS FURTHER ORDERED that all pending motions are DENIED AS MOOT.

So **ORDERED** and **SIGNED** this **24** day of **September, 2014.**

_____
Ron Clark, United States District Judge